Milo D. **BURROUGHS,** Petitioner,

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

**and**

**Department of Defense, Intervenor.**

No. 2011–3021.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2011.

ON MOTION

ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Defense to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) Burroughs' opening brief* and a completed Fed. Cir. R. 15(c) form are due within 21 days of the date of filing of this order.

---

* Burroughs also submits arguments in support of his petition. Such arguments, and any documents that were before the Board, should only be included within his informal brief.